IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COYLE TRUCKING, INC. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | 19-3164 |
| APPLIED UNDERWRITERS, INC., ET AL. | : | |

## O R D E R

AND NOW, this 20th day of May 2022, upon consideration of Defendants' Motion to Transfer Venue or Alternatively Dismiss the First Amended Complaint (ECF No. 7) and all documents submitted in support thereof and opposition thereto, it is **ORDERED** that the Motion is **GRANTED**. Plaintiff's claims will be transferred to the District of Nebraska in Omaha. Because the case will be transferred to the District of Nebraska (Omaha), the Court need not address Defendants' motion to dismiss the individual counts of the complaint.

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**