IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COYLE TRUCKING, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED UNDERWRITERS, INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., CONTINENTAL INDEMNITY COMPANY, and APPLIED RISK SERVICES, INC.,<br><br>Defendants. | 8:22CV187<br><br>ORDER |

The records of the court show that on May 23, 2022, (Filing No. 17), a letter was sent to Attorney Haley D. Torrey from the Office of the Clerk directing her to register for admission to practice in this court and to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of July 6, 2022, Attorney Haley D. Torrey has not complied with the Clerk's letter. Accordingly,

IT IS ORDERED,

On or before July 27, 2022, Attorney Haley D. Torrey must register for admission and for the System or show cause by written affidavit why compliance is not possible as required under the rules of the court.

Dated this 6th day of July, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge